# Third District Court of Appeal

## State of Florida

Opinion filed October 13, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1482
Lower Tribunal No. 21-17890 CC

_____

**Milagros Rodriguez, et al.,**
Appellants,

vs.

**Habana Gardens 856 LLC, et al.,**
Appellees.

An Appeal from the County Court for Miami-Dade County, Luis Perez-Medina, Judge.

Milagros Rodriguez and Rodolfo Rodriguez, in proper persons.

No appearance for appellees.[1]

Before SCALES, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.

_____

[1] Appellees were precluded from filing an answer brief after failing to heed this Court's order directing them to file same within a specified period of time.